Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of
Division

United States Courts
Southern District of Texas
FILED
December 16, 2025
Nathan Ochsner, Clerk of Court

Delon Kibbe

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

U.S. Secret Service
other Authorities involved

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **3:25-cv-417**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Delon Kibbe
   Street Address: 3515 Ave R½
   City and County: Galveston, Galveston County
   State and Zip Code: Texas 77550
   Telephone Number: 409-766-0535
   E-mail Address: Kibbedelon@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My Civil Rights are being violated, unlawful search and seizures, looking in my house, possible breaking into my home. Fraudulently use of my name to create a job. Using direct energy weapons on me everyday and night.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

They abused me and my family with direct energy weapons. Moved by use for no reason meaning no probable cause to investigate. They tortured and abused us. Its been alot of things damage by them. We are being attacked everyday and night. Sexual harassment.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: U.S. Secret Service
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Sunday Roberts
- Job or Title (if known): unknown
- Street Address: 3509 Ave R 1/2
- City and County: Galveston, Galveston County
- State and Zip Code: Texas 77550
- Telephone Number: unknown
- E-mail Address (if known): unknown

Defendant No. 3
- Name: Loeena
- Job or Title (if known): unknown
- Street Address: 3517 Ave R 1/2
- City and County: Galveston, Galveston County
- State and Zip Code: Texas 77550
- Telephone Number: unknown
- E-mail Address (if known): unknown

Defendant No. 4
- Name: People with License Plate VVT 1070 and SZI 6032
- Job or Title (if known): unknown - They go to Mrs. Roberts
- Street Address: house to attack me
- City and County: Galveston, Galveston County, Texas
- State and Zip Code: 77550 — phone number unknown
- Telephone Number:
- E-mail Address (if known): unknown

Other defendants I want to list because they trafficked on us. Sending other people to attack us.

Page 2 of 5